# EXHIBIT 1

4/24/22, 4:24 AM IMG_7009 (002).jpg (1242×1407)



file:///C:/Users/KCarrozza.hcb/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/NS756HBX/IMG_7009 (002).jpg 1/1



## thebristern

I believe his signature moves are fake investments, writing bad checks, and creating fraudulent wire transfer documents.

EX 1.) In an attempt to steal my friend's Ferrari, he created a fraudulent wire transfer receipt for $300,000. My friend said no driving of his car would be taking place until the funds cleared into his account. They never did. In a last attempt to take possession of the ferrarri, Louis wrote my friend a bad check for $300,000, and begged my friend to just let him test drive it so he could "propose to his girlfriend" - an excuse to attempt to steal the car, but luckily my friend never gave him possession of the vehicle.

*SHARE* SO WE CAN FIND THIS GUY

> CLICK TO NEXT STORY


### thebristern

> Here are 2 examples of fraudulent wire transfer documents he created for me and my friends. We had no idea they were illegitimate at the time. This is all so crazy.

**FNB**       **FNB** 

Dear Louis Van Rooyen

Payment Confirmation for Forex Transaction FM4711DCBIS

**Deal Details**

| Deal Value Date | 2021-12-70 |
|---|---|
| Exchange rate | USD 1 : ZAR 15.7785 |

**Transaction Details**

| Type of Transaction | Payment Sent | |
|---|---|---|
| Reason for Transaction | USD 300000.00 | Purchase of Ferrari |
| Principal Amount | USD 300000.00 | |
| Charge Amount | USD 20.58 BEN | Nett Amount |
| Amount Debited | USD 300000.00 | Account Debited |

* BEN – The beneficiary is responsible for the transaction charges

**Payment Details**

| Recipient Name | ███████████ |
|---|---|
| Foreign Bank Name | ███████████ |
| Recipient Account Number/IBAN/NIB | ███████████ |
| Recipient Routing/swift/ABA | ███████████ |
| Recipient Country | United States |
| Payment Reference | SD3GNFJB71HCJSB1 |

**Message Type 103**

```
{1:F01FIRNZAJJAXXX0000000000}{2:I103PNDPUS3NXNYCN}{3:(111:001)(121:a371:23bb-1fef-4e80-86fa-
:20:SD3GNFJB71HCJSB1
:23B:CRED
:32A:216934USD300000.00
:33B:USD 300000.00
:50K:/52787924371
VAN ROOYEN, LOUIS
22 PRINCES ROAD, CLAREMONT, CAPE
```

Payment Confirmation for Forex Transaction R021HCJSR0

| Deal Number | Value Date | Exchange Rate |
|---|---|---|
| FM4711DCBIS | 20211220 | USD 1:ZAR 15.72 |

---

Dear Louis Van Rooyen

Payment Confirmation for Transaction KSTY34G270

**Deal Details**

| Deal Value Date | 2022-04-03 |
|---|---|
| Exchange rate | USD 1 : ZAR 15.4685 |

**Transaction Details**

| Type of Transaction | Payment Sent | |
|---|---|---|
| Reason for Transaction | USD 1500.00 | All the stuff too |
| Principal Amount | USD 1500.00 | |
| Charge Amount | USD 20.59 BEN | Nett Amount |
| Amount Debited | USD 1500.00 | Account Debited |

* BEN – The beneficiary is responsible for the transaction charges

**Payment Details**

| Recipient Name | BRI STERN |
|---|---|
| Foreign Bank Name | ███████████ |
| Recipient Account Number/IBAN/NIB | ███████████ |
| Recipient Routing/Branch Code/Swift | ███████████ |
| Recipient Country | UNITED STATES |
| Payment Reference | KSTY34G270 |

**Message Type 103**

```
{1:F01FIRNZAJJAXXX0000000000}{2:I103PNDPUS3NXNYCN}{3:(111:001)(121:a371:23bb-1fef-
:20:SD3GNFJB71HCJSB1
:23B:CRED
:32A:210404USD1500.00
:50K:/52787924210
VAN ROOYEN, LOUIS
30 PRINCES ROAD, CLAREMONT, CAPE
```

Payment Confirmation for Forex Transaction R021HCJSR0

| Deal Number | Value Date | Transaction |
|---|---|---|
| KSTY34G270 | 20220403 | KSTY34G270 |

> **>PLEASE SHARE SO NO ONE ELSE IN LA GETS SCAMMED<**