# EXHIBIT 2





14:01                    .ıll LTE ⬛

< 155          **B**          ▢◀
                Bri ›

financial institution, such person
shall be fined not more than
$1,000,000 or imprisoned not
more than 30 years, or both.

                Saturday 11 34

        Hi Bri.

        Based on the fact that i have
        recieved these threats from
        numorous persons including
        death threats from private
        numbers i have gone ahead and
        lawyered up , i called the LAPD
        and there is no case pending
        against me right now and i am
        fully confident that there is no
        video footage since i did not take
        your things or money. I am willing
        to pay you $30000 with the
        condition that you stop talking
        about me and this situation as a
        whole and that is the only reason
        for remuniration. I was told by my
        lawyer to send you this message
        as the allogations against me are
        severe and are cause for
        defamation etc. Please let me
        know if this is okay. This

⬤  Ⓐ   ⌈Message        ⌉   ⬤

✿  Ⓐ   Pay  ◉  😀  😎  ⊕

14:01

155

**B**

Bri

against me right now and i am fully confident that there is no video footage since i did not take your things or money. I am willing to pay you $30000 with the condition that you stop talking about me and this situation as a whole and that is the only reason for remuniration. I was told by my lawyer to send you this message as the allogations against me are severe and are cause for defamation etc. Please let me know if this is okay. This message is also intended for your eyes , law enforcement and your legal team and i reserve the right to appeal any discussion of it otherwise in any form of defamation of character. If you are fine with that please let me know how you would want payment to be done.

Thanks

Saturday 14:35

Any feedback on that ?

iMessage

Pay





14:01   .ıll LTE 🔋

‹ 155

B

Bri

That's not how this works. If you
don't give me my CASH by today
like agreed, then I'll just let the
police handle it.
If you're not here, figure it out.

You missed the 3pm deadline
today, so I'm giving you one
more chance.
The money better start
appearing in my account today,
or cash dropped off today – even
split up the payments if you
must, I don't give a single fuck.
Or else this is all over because
I'm not playing your little games.
Hope you look good in an orange
jumpsuit

Saturday 21:42

✅

We'll let Bri know your payment is coming
on 18 Apr 2022. If they aren't registered
with Zelle®, they'll receive an email or text
letting them know how to register. We'll
send your money after they complete
their registration.

$5,000.00

iMessage

🍎 Ⓐ  Pay  ◉  😀  🎨  🔍





Sent to **Bri**
636-385-0714

$5,000.00

| | |
|---|---|
| Transaction number | 14133144128 |
| Pay from | CPC CHECKING (...5915) |
| Send on | Apr 18, 2022 |
| Status | Pending |

Its pending review

Saturday 23:37

Go into your account and screen record it since you are so good at making fake documents. I recieved nothing because the date on both of those documents says April 18 and today is the 16th



14:01

155   B

Bri

I'm not letting this go until you actually return 30k of my money to me and it's in my hands or my bank account. And that is a fact. Idk how much clearer I can be so you can get it through your tiny little brain but my meeting with the detective is monday and I'm not moving it unless I have 30000 in my possession. Up to you.

My lawyer just confirmed we have a meeting with the prosecuting attorney on Monday. It's done. It's over.

Sunday 10:20

Okay so do you want me to stop the money i sent or continue to do so ?

Monday 08:53

Bri i have been asked to leave the country peacefully , Bri please stop this i will do whatever you want but this is

Message





14:02                                    LTE

155                          B
                            Bri

                    Can i get someone to bring you
                    cash ?

I will postpone the detective one
day. If you bring me the full
47,500 you stole from me. CASH.
Noon. Today.

If not. I speak to detective as
they are requesting and I post all
over social media.

I'm done. Last chance.

                    Bri i didnt fucking steal your
                    money and now im being
                    deported im gonna have
                    someone i know in la bring you
                    cash what time are you at home

                    Please just tell whoever you told
                    to hold off please Bri i this is
                    everything ive worked for in my
                    entire life

I'm here til 11:45. Let me know
when you're on your way.

Trader Joe's Cash



14:02  ·ıll LTE

‹ 155          B
              Bri ›

I'm here til 11:45. Let me know when you're on your way.

Trader Joe's. Cash.

> Im not in La i have to get someone to do it for me

> Please tell the department of state to hold off

> Bri they want me to leave the country please just hold off

What time will your person be here to return my money?

> I didnt even steal your money i dont even know your safe code but being deported is the worst thing that could happen to me i would pay anything to have that stopped

> Please just hold off on it please

You don't use a code to *break in* - that's why it's called



14:02 · ․ ․ ․ .ıl LTE ▬

‹ 155

B
Bri

You don't use a code to *break in* - that's why it's called breaking in. I have you on camera. Your words don't matter. No more shit for brains talk. Bring back my money and I'll drop everything like I said. That's the only way. I'm done playing games w you.

Today in the next 2 hours.

Im going to see if i can get this sorted Bri i didnt fucking break into your shit i know you dont have anything on camera because i didnt do it but ill pay if you can just stop the department of state to stop the deporting process please bri

My attorney also advised that you can't sue for defamation if the statements I am making are true and I have proof, which I do. You chose a good time to come clean, because me Frankie and a couple others that you scammed

Message



14:02

155

B

Bri

sorted Bri i didnt fucking break into your shit i know you dont have anything on camera because i didnt do it but ill pay if you can just stop the department of state to stop the deporting process please bri

My attorney also advised that you can't sue for defamation if the statements I am making are true and I have proof, which I do. You chose a good time to come clean, because me Frankie and a couple others that you scammed who have proof were all planning to post you on social media today along with our proof, your fraudulent documents etc.

There is no "seeing" if you can get it done. You will be getting it done. My money will be back to me before noon today.

Bri i know for a fact i didnt take your stuff but i will make sure you have money and i will have it all in your account if you can just

Message



14:02
.ul LTE

‹ 155

B

Bri

me before noon today.

Bri i know for a fact i didnt take your stuff but i will make sure you have money and i will have it all in your account if you can just hold off on the deporting please

You will have money today

Not in my account. CASH. Today. By noon

If you're not here. Figure it out.

Im figuring it out

Monday 13:51

What time will you be here to return my money?

Hey Bri i got someone who can drop of 38k tomorrow after his work at 3:30 at trader Joe's in cash i am not in La like i said , that is the best i could do and the fastest too , could you please just have the department of state person yall talked to hold of.

Message

🅰  ⏺Pay



14:02    .ıl LTE

‹ 155

**B**

Bri
Monday 13 51

What time will you be here to
return my money?

> Hey Bri i got someone who can
> drop of 38k tomorrow after his
> work at 3:30 at trader Joe's in
> cash i am not in La like i said ,
> that is the best i could do and
> the fastest too , could you please
> just have the department of stste
> person yall talked to hold of.

Monday 15 49

This is the last time I'm going to
discuss this with you.
You have until 4 pm tomorrow to
have $38k returned to me in
cash. I will push my meeting with
the detective to 430 pm. If I
don't have the money by 4 pm, I
will finalize report, and post you
all over social media along with
your photos and proof.

> You will have the full amount by
> that time

Message



14:02       .ıl LTE ◼

‹ 155

B

Bri ›

You will have the full amount by that time

Frankie is messaging me now too ? I didnt even take your money and im still having someone drop you cash tomorrow all i care about is for you to stop the deporting request

You'll have that amount by tomorrow at 4:30 !!

No I want my money right now

By 3 pm

Just so you know I am about to post this on my Instagram and my friend Abigail with 9 million followers is going to repost it, And a lot more where that came from

Like Frankie said, you have until 3 pm to bring me my money

SCAM ALERT!

Message

＄Pay

14:02     .ıl LTE ▭

< 155     B     ▢◁

Bri

Just so you know I am about to post this on my Instagram and my friend Abigail with 9 million followers is going to repost it, And a lot more where that came from

Like Frankie said, you have until 3 pm to bring me my money



Bri thats the best i could do i have someone bringing you your

iMessage

