# EXHIBIT 3



•ıl T-Mobile LTE            12:31 PM            40%

< **Comments**

10h  1 like  Reply

**thebristern** @(null) literally
7h  Reply

**letz.roll** Tho is infuriating. I may be able to apply a bit of heat to this guys ass. Do U mind dm me with more info on him. Where from, acquaintances, work, etc. I broke up three rings of people targeting a celebrity and I blew the top off a certain singer ripping off jake Paul 2 yrs ago that played out on his podcast. I would like to help if you'll allow me.
12h  Reply

**kris_mac_top5** Damn bae he out here having sex and stealing money 😳
14h  Reply

**freedomcalling4** Figures that you'd be stupid enough to fall for it, Bri. You reap what you sow!
2h  Reply

**beastmastar69** Hahahaha the fuck

❤️  🙌  🔥  👏  😢  😍  😮  😂