IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS BASSON VAN ROOYEN**<br>1 Brown Street<br>Philadelphia, PA 19123<br>    *Plaintiff,* | NO. |
| vs. | CIVIL ACTION |
| **BRI STERN**<br>7316 Santa Monica Boulevard<br>West Hollywood, CA 90046<br>    *Defendant*. | JURY TRIAL DEMANDED |

## TEMPORARY RESTRAINING ORDER

AND NOW, this _____ day of April 2022, in consideration of the Plaintiff's Motion for a Temporary Restraining Order, it is hereby ORDERED and DECREED that:

a. DEFENDANT BRI STERN is hereby ORDERED to immediately remove from any and all of her social media sites, whether public or private, including Instagram or any other media site, any of her postings and comments responded to her posting, referring to, relating to, or referencing alleged criminal or immoral conduct by LOUIS BASSON VAN ROOYEN;

b. DEFENDANT BRI STERN is hereby ORDERED to immediately remove any prior publications on the Internet, including but not limited to those on Facebook and/or any other social medium referring to, relating to, or referencing alleged criminal or immoral conduct by LOUIS BASSON VAN ROOYEN;

c. DEFENDANT BRI STERN is hereby ORDERED to immediately Cease and Desist from publishing on the Internet any further comments, articles, posts, papers, commentaries, reports, explanations, stories, or details referring to, relating to, or referencing any alleged criminal or immoral conduct by LOUIS BASSON VAN ROOYEN;

d. DEFENDANT BRI STERN is hereby ORDERED to post this order on all of her social media sites with the following statement.

The United States Federal Court in the Eastern District of Pennsylvania has ordered the removal of all content on all of my social media referring to, relating to, or referencing any alleged criminal or immoral conduct by LOUIS BASSON VAN ROOYEN. I am requesting that you also abide by this order and remove any postings you may have received from me or one of my friends, acquaintances or followers relating to or referencing any alleged criminal or immoral conduct by LOUIS BASSON VAN ROOYEN. Thank You.

BY THE COURT

_____
                                                    J.