

(e) Kolman@KolmanLaw.com ▪ (t) 215-750-3134 ▪ (f) 215-750-3138

KOLMANLAW.COM

April 27, 2022

Honorable Juan R. Sanchez, Chief Judge
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    **Louis Basson van Rooyen v. Bri Stern**
                 **United States District Court, EDPA**
                 <u>**Civil No:  No 22-cv-01578**</u>

Dear Judge Sanchez:

    I appreciate and thank you for your prompt attention in contacting my office regarding the above-captioned matter.  Through occurrences over the past several days, I am now of the opinion that a hearing on the Temporary Restraining Order will not be necessary.

    Respectfully Submitted,

    KOLMAN LAW, P.C.

    */s/ Timothy M. Kolman*
    Timothy M. Kolman, Esquire
    414 Hulmeville Ave
    Penndel, PA 19047
    (215) 750-3134
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter of Correspondence to the Court relating to a Hearing on the Temporary Restraining Order is no longer necessary. This letter was served upon the Defendant Bri Stern, via email at *BSternBusiness@gmail.com*..

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*
Timothy M. Kolman,
Esquire 414 Hulmeville Ave
Penndel, PA 19047
(215) 750-3134
Attorney for Plaintiffs

Dated: April 27, 2022

4858-4667-8301, v. 1