# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS BASSON VAN ROOYEN : <br> *Plaintiff*, : <br> v. : <br> BRI STERN : <br> *Defendant*. : | CIVIL ACTION <br><br> NO.: 2:22-cv-01578-JS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Michael P. Ryan, Esquire, as counsel on behalf of Defendant, Bri Stern, in the above-captioned matter.

Respectfully submitted,

RYAN, BROWN, BERGER & GIBBONS, P.C.

Dated: 04-28-2022      By: _/s/ Michael P. Ryan_

Michael P. Ryan, Esquire
Attorney ID No.: 318741
1600 Market Street, 14th Floor
Philadelphia, PA 19103
Tel.: 215-564-3800
Fax: 215-564-1301
Email: ryan@ryanbrown.com
*Counsel for Defendant, Bri Stern*

## **CERTIFICATE OF SERVICE**

I, Michael P. Ryan, Esquire, do hereby certify that on this date, a true and correct copy of the foregoing Notice of Appearance was filed electronically using the CM/ECF system, which will provide notification of such to all counsel of record.

RYAN, BROWN, BERGER & GIBBONS, P.C.

Dated: 04-28-2022        By: _____

Michael P. Ryan, Esquire
Attorney ID No.: 318741
1600 Market Street, 14th Floor
Philadelphia, PA 19103
Tel.: 215-564-3800
Fax: 215-564-1301
Email: ryan@ryanbrown.com
*Counsel for Defendant, Bri Stern*