IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LOUIS BASSON VAN ROOYEN | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | NO.: 2:22-cv-01578-JS |
| | : | |
| v. | : | |
| | : | |
| BRI STERN | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Mitchell S. Berger, Esquire, as counsel on behalf of Defendant, Bri Stern, in the above-captioned matter.

                                  Respectfully submitted,

                                  RYAN, BROWN, BERGER & GIBBONS, P.C.

Dated: 04-28-2022        By: /s/ MR
                                Mitchell S. Berger, Esquire
                                Attorney ID No.: 62004
                                1600 Market Street, 14th Floor
                                Philadelphia, PA 19103
                                Tel.: 215-564-3800
                                Fax: 215-564-1301
                                Email: berger@ryanbrown.com
                                *Counsel for Defendant, Bri Stern*

## CERTIFICATE OF SERVICE

    I, Mitchell S. Berger, Esquire, do hereby certify that on this date, a true and correct copy of the foregoing Notice of Appearance was filed electronically using the CM/ECF system, which will provide notification of such to all counsel of record.

|  |  |
|---|---|
|  | RYAN, BROWN, BERGER & GIBBONS, P.C. |
| Dated: 04-28-2022 | By: /s/ MR |
|  | Mitchell S. Berger, Esquire |
|  | Attorney ID No.: 62004 |
|  | 1600 Market Street, 14th Floor |
|  | Philadelphia, PA 19103 |
|  | Tel.: 215-564-3800 |
|  | Fax: 215-564-1301 |
|  | Email: berger@ryanbrown.com |
|  | *Counsel for Defendant, Bri Stern* |