IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS BASSON VAN ROOYEN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1578 |
| | : | |
| BRI STERN | : | |

## ORDER

AND NOW, this 3rd day of May, 2022, upon consideration of Plaintiff's April 27, 2022 letter (ECF Doc. No. 6), it is hereby ORDERED that Plaintiff's counsel is DIRECTED to file a letter by May 4, 2022 which: (1) informs the court of the status of the case; (2) explains why a Temporary Restraining Order hearing is "no longer necessary"; and (3) advises the Court if the TRO Motion (ECF No. 2) is being withdrawn.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.