IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS BASSON VAN ROOYEN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1578 |
| | : | |
| BRI STERN | : | |

**ORDER**

AND NOW, this 10th day of May, 2022, upon consideration of Plaintiff's May 4, 2022 letter (ECF Doc. No. 8), and in light of the Court's May 3rd, 2022 Order (ECF Doc. No. 7), it is hereby ORDERED that Plaintiff's counsel is DIRECTED to file a letter by May 12, 2022 which again: (1) "advises the Court if the TRO Motion (ECF No. 2) is being withdrawn"[1] and (2) informs the court of the status of the case.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] In response to the initial request, Plaintiff's counsel provided a thorough discussion of the settlement discussions that were taking place. However, the Court requires Plaintiff to advise if the Motion is being withdrawn, as the emergency TRO is still pending before this Court.