IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS BASSON VAN ROOYEN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1578 |
| | : | |
| BRI STERN | : | |

## **ORDER**

AND NOW, on this 14th day of July, 2022, upon consideration of Attorney Timothy Kolman, Esq.'s Motion to Withdraw, and the hearing held on July 14, 2022, it is hereby ORDERED the Motion (ECF No. 12) is GRANTED.

It is FURTHER ORDERED that Defendant Bri Stern shall have a four day extension to file an Answer and, if Stern wishes, a Motion to Dismiss the Motion for a TRO. Stern must file by the end of day on July 15, 2022.

It is FURTHER ORDERED that if Defendant files a Motion to Dismiss the Motion for a TRO, Van Rooyen shall have (14) days to file his opposition. Accordingly, his opposition (if necessary) is due on July 29, 2022.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.