# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS BASSON VAN ROOYEN | : | CIVIL ACTION |
| *Plaintiff*, | : | NO.: 2:22-cv-01578-JS |
| v. | : | |
| BRI STERN | : | |
| *Defendant*. | : | |

## ORDER OF DISMISSAL

AND NOW, this 18th day of July, 2022, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, and causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.